AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern District of Texas

| UNITED STATES OF AMERICA<br>V.<br><br>JAMES BRADLEY | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>A-00-80 M | District of Arrest<br>1:08-MJ-815 | District of Offense |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
    ☐ Indictment ☐ Information ✓ Complaint ☐ Other

charging a     18    U.S.C.    751 (a)

**DISTRICT OF OFFENSE**
    Western District of Texas, Austin Division

**DESCRIPTION OF CHARGES:**

    Escape from the Federal Prison Camp in Bastrop, Texas

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify) The Court detained the defendant without bond pending hearing in the charging district

| Representation: | Retained Own Counsel | Federal Defender Organization | CJA Attorney | ✓ None |
|---|---|---|---|---|
| Interpreter Required? | ✓ No | Yes | Language | |

DISTRICT    TEXAS

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 22, 2008        _/s/ [signature]_
   Date                                  Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |